Christopher Don Preciado

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 30 2015

Abel Acosta, Clerk

William P. Clements

9601 Spur 591

Amarillo, TX 79107 9601

March 25, 2015

Abel Acosta, Clerk

Court of Criminal Appeals of Texas

P.O. Box 12308

Capital Station, Austin, Texas 78711

RE: Refusal of Appellant's Pro Se Petition for Discretionary Review (Tr. Ct. No 60,196-A / PD-1413-14 / COA No. 07-10-00242-CR)

Dear Mr. Acosta:

I received the notice of the courts refusal of my out-of-time P.D.R. and was wondering if there was anything you could send me regarding this decision (i.e. opinion, etc.) that may outline their reasoning for such a ruling. Thank you for your time.

Respectfully submitted

Chrystopher Preciado

Pro Se #1000313